# EXHIBIT G

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

U.S. Patent 7,831,296

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| **Claim 23**: A combination mammogram/ tomosynthesis system comprising: | **II. INDICATIONS FOR USE**<br><br>The Fujifilm ASPIRE Cristalle with Digital Breast Tomosynthesis (DBT) Option acquires and generates FFDM and DBT images, and is intended for use in the screening and diagnosis of breast cancer.<br><br>A screening examination may consist of sets of CC and MLO images acquired in:<br>• the FFDM mode only, or<br>• an FFDM image set and a DBT image set acquired in the ST (standard) mode. The FFDM image set and the DBT image set must be acquired with N-mode dose setting, and may be acquired in one compression (Tomo Set mode) or separate compressions (FFDM and DBT modes).<br><br>**FDA Summary of Safety and Effectiveness Data at 1.**<br><br>**B. Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **VII.  <u>MARKETING HISTORY</u>**<br><br>The ASPIRE Cristalle DBT Option which is known outside of the United States (OUS) as the AMULET Innovality Tomosynthesis Option, has never been withdrawn from OUS marketing for reasons related to safety or effectiveness. The AMULET Innovality system has been marketed in Japan, Germany, France, Belgium, Italy, Spain, Portugal. United Kingdom, Poland, Netherlands, Israel, Sri Lanka, Morocco, Tunisia, Taiwan, Uruguay, South Africa, Malta, China, Thailand, Hungary, Denmark, Australia, Greece, Switzerland, Norway, Sweden, Turkey, Argentina, Ecuador, Columbia, Mexico, Bolivia, India, Australia, Singapore, Philippines, Myanmar, United Arab Emirates (UAE), Egypt, and Lebanon.<br><br>**FDA Summary of Safety and Effectiveness Data at 3.**<br><br>Known as AMULET Innovality outside of the United States, Fujifilm's optional DBT upgrade has been widely available in Europe, Asia and Latin America since May 2013. The ASPIRE Cristalle FFDM system with DBT combines Fujifilm's state-of-the-art hexagonal close pattern (HCP) detector design, advanced image processing and image acquisition workflow to optimize patient dose while maximizing image quality.<br><br>**Press Release, FDA Approves FujiFilm's Digital Breast Tomosynthesis, Jan. 23, 2017** |

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| an x-ray source, a flat panel digital x-ray imager, and a breast support configured to immobilize a patient's breast between the source and the imager; | **The Interior of the C Arm**<br><br>[Diagram showing Tube, Collimator, Grid, FPD, and Grid drive unit]<br><br>| Name | Description | Remarks |<br>|---|---|---|<br>| Tube | Generates X-rays. | |<br>| Collimator | Limits the irradiation range. | |<br>| Grid | Removes scattered radiation. | |<br>| FPD | Reads an image on the Se device and outputs an image signal to the AWS. | |<br>| Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | |<br><br>**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.** |

3

| Claim | |
|---|---|
| | **FUJIFILM Aspire Cristalle System**<br /><br />Fujifilm Amulet Innovality Service Manual, 2013 at MD-6. |

4

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
|  | <br>Aspire Cristalle Better Patient Care Brochure, 2016 at 4. |

5

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a source support configured to selectively move the source relative to the breast support between different angular positions of the source relative to the breast support; | **B. Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.**<br><br>In breast tomosynthesis, the X-ray tube moves through an arc while acquiring a series of low-dose X-ray images. The images taken from different angles are reconstructed into a range of Tomosynthesis slices where the structure of interest is always in focus.<br><br>The reconstructed tomographic images make it easier to identify lesions which might be difficult to visualize in routine mammography because of the presence of overlapping breast structures.<br><br>The Tomosynthesis function on AMULET Innovality is suitable for a wide range of uses, offering two modes to cater for various clinical scenarios. Standard (ST) mode combines rapid exposure timing and efficient workflow with a low X-ray dose while High Resolution (HR) mode makes it possible to produce images with an even higher level of detail, allowing the region of interest to be brought into clearer focus.<br><br>**Fujifilm Amulet Innovality Data Sheet, XB-1013ER2, 2013 at 4.** |

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a control configured to selectively energize the source to emit x-rays through the breast support to the imager, while a patient's breast remains immobilized in the breast support at each of said different angular positions; | Digital Mammography System FDR MS-3500 (AMULET Innovality)<br><br>Exposure Unit FDR-3500DRLH<br>&lt;Components&gt;<br>Exposure Unit FDR-3500H<br>Flat detector FDR-3000DRL<br><br>Workstation (AWS) FDR-3000AWS<br>&lt;Optional&gt;<br>Tomosynthesis exposure software<br>Stereo exposure software<br>&lt;Accessory Sold Separately&gt;<br>Biopsy Positioner FDR-2000BPY<br><br>• The FDR MS-3500 consists of the FDR-3500DRLH and the FDR-3000AWS, and does not include peripheral devices such as servers or image viewers.<br>• The FDR-3500DRLH consists of an exposure stand, control cabinet, control pad, foot switch, and generator.<br><br>**Fujifilm Amulet Innovality Product Specifications, May 2013 at 4.**<br><br>A. **Main subsystems**<br><br>1) The FDR-3500DRLH X-ray Stand (Exposure Unit) is an integrated x-ray delivery system consisting of the FDR-3500H (exposure stand) and FDR-3000DRL (flat panel detector and control cabinet).<br><br>2) The FDR-3000AWS Acquisition Workstation (AWS) controls the exposure unit to acquire and process mammographic images. With it, the operator registers patient identifying information, selects exposure condition, displays study information, edits patient identifying information, displays studies and confirms image quality. The FDR-3000AWS is configurable with several monitor options.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

7

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| wherein at least one of said angular positions is a mammogram position that is the same or similar to a position for a conventional mammogram but others of said positions are tomosynthesis positions that are different from conventional mammogram positions; | **B. Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.**<br><br>Tomosynthesis: making it possible to observe the internal structure of the breast<br><br>In breast tomosynthesis, the X-ray tube moves through an arc while acquiring a series of low-dose x-ray images. The images taken from different angles are reconstructed into a range of Tomosynthesis slices where the structure of interest is always in focus.<br><br>The reconstructed tomographic images make it easier to identify lesions which might be difficult to visualize in routine mammography because of the presence of overlapping breast structures.<br><br>The Tomosynthesis function on AMULET Innovality is suitable for a wide range of use, offering two modes to cater for various clinical scenarios. Standard (ST) mode combines rapid exposure timing and efficient workflow with a low X-ray dose while High Resolution (HR) mode makes it possible to produce images with an even higher level of detail, allowing the region of interest to be brought into clearer focus.<br><br>Two modes suitable for a range of clinical purposes<br><br>• ST (Standard) mode — Acquisition angle: ±7.5°   Pixel size: 150/100 μm<br>The smaller angular range and fast image acquisition allow Tomosynthesis scans to be quickly performed with a relatively low x-ray dose.<br><br>• HR (High Resolution) mode — Acquisition angle: ±20°   Pixel size: 100/50 μm<br>With a larger acquisition angle the depth resolution is improved. This allows the region of interest to be defined more clearly and brought into clearer focus.<br><br>**Fujifilm Innovality Brochure, XB-1013E, 2013 at 4.** |

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| wherein said x-ray source is configured to apply an x-ray dose to the patient's breast in each of said tomosynthesis positions that is less than the x-ray dose applied to the breast in said mammogram position, and the x-ray dose for said mammogram position is similar to a dose used for a conventional mammogram; | "In addition to the creation of images at a high resolution, which has already been achieved in conventional mammography, tomosynthesis requires imaging at a lower radiation dose because examinees need to undergo mammography several times to make one tomographic image." Y. Oda et al., **"Development of Digital Mammography system 'AMULET Innovality' for Examining Breast Cancer," Fujifilm Research & Development, No. 59-2014 at 7.** <br><br> **B. Operation modes** <br><br> The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode. <br><br> 1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting. <br><br> 2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast. <br><br> 3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose. <br><br> **FDA Summary of Safety and Effectiveness Data at 2.** |

9

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **Table 2**<br>Exposure parameters and average glandular doses evaluated for different PMMA thickness for the systems studied in this work.<br><br>| | PMMA (mm) | Anode/filter | $kV_p$ | mAs | AGD (mGy) | DBT/FFDM (mGy/mGy) |<br>|---|---|---|---|---|---|---|<br>| Fujifilm ST | 20 | W/Al | 27 | 27 | 0.84 | 1.57 |<br>| | 30 | W/Al | 29 | 27 | 0.89 | 1.28 |<br>| | 40 | W/Al | 31 | 29 | 1.07 | 1.18 |<br>| | 50 | W/Al | 33 | 40 | 1.70 | 1.51 |<br>| | 60 | W/Al | 36 | 49 | 2.48 | 1.55 |<br>| | 70 | W/Al | 37 | 56 | 2.82 | 1.30 |<br>| Fujifilm HR | 20 | W/Al | 27 | 32 | 0.99 | 1.83 |<br>| | 30 | W/Al | 29 | 34 | 1.10 | 1.58 |<br>| | 40 | W/Al | 31 | 48 | 1.75 | 1.94 |<br>| | 50 | W/Al | 33 | 64 | 2.66 | 2.37 |<br>| | 60 | W/Al | 35 | 68 | 3.11 | 1.94 |<br>| | 70 | W/Al | 37 | 66 | 3.25 | 1.50 |<br><br>**A. Maldera et al., "Digital breast tomosynthesis: Dose and image quality assessment," Physica Medica, 2017 at 59.** (DBT= digital breast tomography; FFDM = full-field digital mammography) (The AGD column provides the total dosage for all 15 tomosynthesis images taken) |

10

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| an anti-scatter grid configured to be selectively movable in the path of said x-rays from the breast to the imager, said grid being in said path for the mammogram position but being out of said path for at least some of the tomosynthesis positions; and | **The Interior of the C Arm**<br><br>Tube — Collimator — Grid — FPD — Grid drive unit<br><br>| Name | Description | Remarks |<br>|---|---|---|<br>| Tube | Generates X-rays. | |<br>| Collimator | Limits the irradiation range. | |<br>| Grid | Removes scattered radiation. | |<br>| FPD | Reads an image on the Se device and outputs an image signal to the AWS. | |<br>| Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | |<br><br>**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.**<br><br>**2.2.4 Functions of Which the Operation Method Changes by Using the Tomosynthesis Exposure Software**<br><br>• Grid<br>The grid setting is automatically set to "OUT" for the tomosynthesis exposure menus.<br><br>**Amulet Innovality, FDR MS-3500 Operations Manual, April 2016 at 2-14.** |

11

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a processor configured to use an output of said imager for said mammogram and tomosynthesis positions of the source relative to the immobilized breast to form at least one mammogram image for display and tomosynthesis images of the breast for display. | **B. Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.**<br><br>**Fujifilm Amulet Innovality Service Manual, 2013 at MD-46.** |

Hologic Patent 7,831,296
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
|  | ■ Controller Unit   Fujifilm Amulet Innovality Service Manual, 2013 at MD-45. |