# EXHIBIT I

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

U.S. Patent 8,452,379

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| **Claim 1:** A combo x-ray system for acquiring 2D and 3D images of the breast in a single compression, comprising: | **B.  Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2)  The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3)  The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

1

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
|  | **VII.** **MARKETING HISTORY** |
|  | The ASPIRE Cristalle DBT Option which is known outside of the United States (OUS) as the AMULET Innovality Tomosynthesis Option, has never been withdrawn from OUS marketing for reasons related to safety or effectiveness. The AMULET Innovality system has been marketed in Japan, Germany, France, Belgium, Italy, Spain, Portugal, United Kingdom, Poland, Netherlands, Israel, Sri Lanka, Morocco, Tunisia, Taiwan, Uruguay, South Africa, Malta, China, Thailand, Hungary, Denmark, Australia, Greece, Switzerland, Norway, Sweden, Turkey, Argentina, Ecuador, Columbia, Mexico, Bolivia, India, Australia, Singapore, Philippines, Myanmar, United Arab Emirates (UAE), Egypt, and Lebanon. |
|  | **FDA Summary of Safety and Effectiveness Data at 3.** |
|  | Known as AMULET Innovality outside of the United States, Fujifilm's optional DBT upgrade has been widely available in Europe, Asia and Latin America since May 2013. The ASPIRE Cristalle FFDM system with DBT combines Fujifilm's state-of-the-art hexagonal close pattern (HCP) detector design, advanced image processing and image acquisition workflow to optimize patient dose while maximizing image quality. |
|  | **Press Release, FDA Approves FujiFilm's Digital Breast Tomosynthesis, Jan. 23, 2017** |
|  | The Fujifilm ASPIRE Cristalle system (Model: FDR MS-3500) is an integrated digital mammography system. It consists of two main subsystems and has three operating modes. |
|  | **A.  Main subsystems** |
|  | 1)  The FDR-3500DRLH X-ray Stand (Exposure Unit) is an integrated x-ray delivery system consisting of the FDR-3500H (exposure stand) and FDR-3000DRL (flat panel detector and control cabinet). |
|  | **FDA Summary of Safety and Effectiveness Data at 2.** |
| an x-ray source, a flat panel digital x-ray imager, and a breast support and a compression paddle between the source and the imager, said compression paddle configured for selectively compressing the breast against the breast support; |  |

2

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|-------|----------------------------------|
| | The Interior of the C Arm |



Tube
Collimator
Grid
FPD
Grid drive unit

| Name | Description | Remarks |
|------|-------------|---------|
| Tube | Generates X-rays. | |
| Collimator | Limits the irradiation range. | |
| Grid | Removes scattered radiation. | |
| FPD | Reads an image on the Se device and outputs an image signal to the AWS. | |
| Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | |

Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.

3

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | |
|---|---|
| | **FUJIFILM Aspire Cristalle System**  |

Fujifilm Amulet Innovality Service Manual, 2013 at MD-6.

**Compression Plate**

· 24×30 Compression plate (High)

1 ID label

24 × 30 HIGH

Fujifilm Amulet Innovality Service Manual, 2013 at Safety Precaution-27.

4

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a motion control configured for the source relative to a patient's breast while the breast remains immobilized in compression between the breast support and the compression paddle, and selectively energizing the source to emit x-rays through the breast to the imager at selected angular positions of the source relative to the breast; | **B.   Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (−7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.**<br><br><br><br>Tomoynthesis: making it possible to observe the internal structure of the breast<br><br>**Fujifilm Innovality Brochure, XB-1013E, 2013 at 4.** |

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a processor configured to control the imager to derive therefrom projection images of the compressed breast when the source is energized at each of the said positions wherein |  Fujifilm Amulet Innovality Service Manual, 2013 at MD-46. |

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | |
|---|---|
| | **FUJIFILM Aspire Cristalle System** |
| | ■ **Controller Unit** |
| |  |

| Part name | Description |
|---|---|
| Power supply | Supplies the DC power to the exposure unit/controller unit. |
| SPC61A board | Image processing board |
| XIF61A board | Interface board |
| CPU61A board (motherboard) | MICU control |
| PAT52A board | Distributes the DC power to the FPD/controller unit. |
| NFB51A board | Power supply noise filter |
| IND51A board | Power indication lamp |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-45.**

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **B. Operation modes** <br><br> The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option; 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode. <br><br> 1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting. <br><br> **FDA Summary of Safety and Effectiveness Data at 2.** |
| (i) at least one of the projection images is a mammogram image taken at a same or similar x-ray dose to the breast as a conventional mammogram and | **B. Operation modes** <br><br> The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option; 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode. <br><br> 1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting. <br><br> **FDA Summary of Safety and Effectiveness Data at 2.** |

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|-------|----------------------------------|
|       | This study is being done to find out if a type of investigational mammography imaging tool, called ASPIRE Cristalle employing Digital Breast Tomosynthesis (DBT) mammography is better at detecting breast cancer than conventional breast imaging methods including traditional mammograms. DBT uses x-rays like traditional mammograms. Unlike mammograms which produce a projection of the entire breast, DBT acquires the information in a way that allows the production of thin slices in a three dimensional format. In order to do this study, we must compare your routine mammogram to the ASPIRE Cristalle DBT mammogram. An investigational device is one that is not approved by the U.S. Food and Drug Administration (FDA). The radiation dose from the Digital Breast Tomosynthesis is 50% higher than the radiation dose from Full Field Digital Mammography. Since you will be examined using both Full Field Digital Mammography and Digital Breast Tomosynthesis, you will be receiving additional radiation equivalent of 2.5 mammogram(s) which is equal to about 2.4 months of natural background radiation exposure by a person in one year. The dose is within the approved national standards for mammograms.<br><br>**The Breast Center Fuji Aspire Cristalle Tomosynthesis Research Project, Research Subject Information and Consent Form at 6.** |

9

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| (ii) each of a multiplicity of the other projection images is a tomosynthesis projection taken at an x-ray dose to the breast that is substantially less than that for a conventional mammogram; | **B.  Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K13972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast.  Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.**<br><br>"In addition to the creation of images at a high resolution, which has already been achieved in conventional mammography, tomosynthesis imaging at a lower radiation dose because examinees need to undergo mammography several times to make one tomographic image."<br>**Y. Oda et al., "Development of Digital Mammography system 'AMULET Innovality' for Examining Breast Cancer," Fujifilm Research & Development, No. 59-2014 at 7.** |

10

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| said processor being further configured to process the multiplicity of the tomosynthesis projection images into tomosynthesis slice images representing slices of the patient's breast conforming to planes that are selectively the same or different from that of a mammogram image; and | (see below) |

**Table 2**
Exposure parameters and average glandular doses evaluated for different PMMA thickness for the systems studied in this work.

| | PMMA (mm) | Anode/filter | $kV_p$ | mAs | AGD (mGy) | DBT/FFDM (mGy/mGy) |
|---|---|---|---|---|---|---|
| Fujifilm ST | 20 | W/Al | 27 | 27 | 0.84 | 1.57 |
| | 30 | W/Al | 29 | 27 | 0.89 | 1.28 |
| | 40 | W/Al | 31 | 29 | 1.07 | 1.18 |
| | 50 | W/Al | 33 | 40 | 1.70 | 1.51 |
| | 60 | W/Al | 36 | 49 | 2.48 | 1.55 |
| | 70 | W/Al | 37 | 56 | 2.82 | 1.30 |
| Fujifilm HR | 20 | W/Al | 27 | 32 | 0.99 | 1.83 |
| | 30 | W/Al | 29 | 34 | 1.10 | 1.58 |
| | 40 | W/Al | 31 | 48 | 1.75 | 1.94 |
| | 50 | W/Al | 33 | 64 | 2.66 | 2.37 |
| | 60 | W/Al | 35 | 68 | 3.11 | 1.94 |
| | 70 | W/Al | 37 | 66 | 3.25 | 1.50 |

**A. Maldera et al., "Digital breast tomosynthesis: Dose and image quality assessment," Physica Medica, 2017 at 59.** (DBT= digital breast tomography; FFDM = full-field digital mammography) (The AGD column provides the total dosage for all 15 tomosynthesis images taken)

**B. Operation modes**

The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT (tomo) mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.

1) The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.

2) The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.

3) The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode with N-mode dose and FFDM image with N-mode dose.

**FDA Summary of Safety and Effectiveness Data at 2.**

11

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | In breast tomosynthesis, the X-ray tube moves through an arc while acquiring a series of low-dose X-ray images. The images taken from different angles are reconstructed into a range of Tomosynthesis slices where the structure of interest is always in focus. The reconstructed tomographic images make it easier to identify lesions which might be difficult to visualize in routine mammography because of the presence of overlapping breast structures. The Tomosynthesis function on AMULET Innovality is suitable for a wide range of uses, offering two modes to cater for various clinical scenarios. Standard (ST) mode combines rapid exposure timing and efficient workflow with a low X-ray dose while High Resolution (HR) mode makes it possible to produce images with an even higher level of detail, allowing the region of interest to be brought into clearer focus.<br><br><br><br>**Fujifilm Amulet Innovality Data Sheet, XB-1013ER2, 2013 at 4.** |
| a display configured for displaying said mammogram image and one or more of said tomosynthesis slice images selectively side by side or superimposed. | **A. Main subsystems**<br><br>1) The FDR-3500DRLH X-ray Stand (Exposure Unit) is an integrated x-ray delivery system consisting of the FDR-3500H (exposure stand) and FDR-3000DRL (flat panel detector and control cabinet).<br><br>2) The FDR-3000AWS Acquisition Workstation (AWS) controls the exposure unit to acquire and process mammographic images. With it, the operator registers patient identifying information, selects exposure condition, displays study information, edits patient identifying information, displays studies and confirms image quality. The FDR-3000AWS is configurable with several monitor options.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

12

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| |  **Fujifilm Innovality Brochure, XB-1013E, 2013 at 6.** **Aspire Cristalle Better Patient Care Brochure, 2016 at 3.** |

13

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| **Claim 6:** A system for taking x-ray mammogram images and tomosynthesis projection images of a patient's breast using the same equipment, comprising: | **B.  Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tono Set menu) mode.<br><br>1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2)  The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3)  The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

14

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **VII.** **MARKETING HISTORY** |
| | The ASPIRE Cristalle DBT Option which is known outside of the United States (OUS) as the AMULET Innovality Tomosynthesis Option, has never been withdrawn from OUS marketing for reasons related to safety or effectiveness. The AMULET Innovality system has been marketed in Japan, Germany, France, Belgium, Italy, Spain, Portugal, United Kingdom, Poland, Netherlands, Israel, Sri Lanka, Morocco, Tunisia, Taiwan, Uruguay, South Africa, Malta, China, Thailand, Hungary, Denmark, Australia, Greece, Switzerland, Norway, Sweden, Turkey, Argentina, Ecuador, Columbia, Mexico, Bolivia, India, Australia, Singapore, Philippines, Myanmar, United Arab Emirates (UAE), Egypt, and Lebanon. |
| | **FDA Summary of Safety and Effectiveness Data at 3.** |
| | Known as AMULET Innovality outside of the United States, Fujifilm's optional DBT upgrade has been widely available in Europe, Asia and Latin America since May 2013. The ASPIRE Cristalle FFDM system with DBT combines Fujifilm's state-of-the-art hexagonal close pattern (HCP) detector design, advanced image processing and image acquisition workflow to optimize patient dose while maximizing image quality. |
| | **Press Release, FDA Approves FujiFilm's Digital Breast Tomosynthesis, Jan. 23, 2017.** |
| | The Fujifilm ASPIRE Cristalle system (Model: FDR MS-3500) is an integrated digital mammography system. It consists of two main subsystems and has three operating modes. |
| | A. **Main subsystems** |
| | 1) The FDR-3500DRLH X-ray Stand (Exposure Unit) is an integrated x-ray delivery system consisting of the FDR-3500H (exposure stand) and FDR-3000DRL (flat panel detector and control cabinet). |
| | **FDA Summary of Safety and Effectiveness Data at 2.** |
| an x-ray source, a flat panel x-ray imager and a breast support positioned between the source and the imager; | |

15

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|



**The Interior of the C Arm**

| Name | Description | Remarks |
|---|---|---|
| Tube | Generates X-rays. | |
| Collimator | Limits the irradiation range. | |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.**

| Name | Description | Remarks |
|---|---|---|
| Face guard | Keeps patient's face out of the X-ray beam during exposure. | |
| Compression plate | Compresses the breast during exposure. | |
| Exposure table | Carries the breast(s). | |
| Control panels | - Moves up/down and rotates the C arm.<br>- Puts ON/OFF the irradiation field light and the indicator. | |
| Compression unit | Moves up/down the compression plate. Refer to ■ C Arm Control Panel". | |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-6.**

16

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a source support configured for selectively moving the source relative to the breast support; | <br><br>In breast tomosynthesis, the X-ray tube moves through an arc while acquiring a series of low-dose X-ray images. The images taken from different angles are reconstructed into a range of Tomosynthesis slices where the structure of interest is always in focus.<br><br>The reconstructed tomographic images make it easier to identify lesions which might be difficult to visualize in routine mammography because of the presence of overlapping breast structures.<br><br>The Tomosynthesis function on AMULET Innovality is suitable for a wide range of uses, offering two modes to cater for various clinical scenarios. Standard (ST) mode combines rapid exposure timing and efficient workflow with a low X-ray dose while High Resolution (HR) mode makes it possible to produce images with an even higher level of detail, allowing the region of interest to be brought into clearer focus.<br><br>**Fujifilm Amulet Innovality Data Sheet, XB-1013ER2, 2013 at 4.** |

17

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a control configured for selectively energizing the source in a mammogram position thereof relative to the breast support and causing the imager to provide image data for a mammogram image of a breast on the breast support, and selectively energizing the source at tomosynthesis positions thereof relative to the breast support and causing the imager to provide tomosynthesis image data for tomosynthesis projection images of a breast on the breast support; | **B.  Operation modes** <br><br> The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tono Set menu) mode. <br><br> 1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting. <br><br> 2)  The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast. <br><br> 3)  The optional Tomosynthesis Set menu (Tono Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose. <br><br> **FDA Summary of Safety and Effectiveness Data at 2.** |

18

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| |  |
| | In breast tomosynthesis, the X-ray tube moves through an arc while acquiring a series of low-dose X-ray images. The images taken from different angles are reconstructed into a range of Tomosynthesis slices where the structure of interest is always in focus. |
| | The reconstructed tomographic images make it easier to identify lesions which might be difficult to visualize in routine mammography because of the presence of overlapping breast structures. |
| | The Tomosynthesis function on AMULET Innovality is suitable for a wide range of uses, offering two modes to cater for various clinical scenarios. Standard (ST) mode combines rapid exposure timing and efficient workflow with a low X-ray dose while High Resolution (HR) mode makes it possible to produce images with an even higher level of detail, allowing the region of interest to be brought into clearer focus. |
| | **Fujifilm Amulet Innovality Data Sheet, XB-1013ER2, 2013 at 4.** |
| wherein the tomosynthesis image data for each of a multiplicity of said positions is taken at an x-ray dose to the breast that is substantially less than that for a conventional mammogram; | **B.  Operation modes** |
| | The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode. |
| | 1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast.  Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting. |
| | 2)  The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast. |
| | 3)  The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode with N-mode dose and FFDM image with N-mode dose. |
| | **FDA Summary of Safety and Effectiveness Data at 2.** |

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|-------|----------------------------------|
|       | "In addition to the creation of images at a high resolution, which has already been achieved in conventional mammography, tomosynthesis requires imaging at a lower radiation dose because examinees need to undergo mammography several times to make one tomographic image." **Y. Oda et al., "Development of Digital Mammography system 'AMULET Innovality' for Examining Breast Cancer," Fujifilm Research & Development, No. 59-2014 at 7.** |

Table 2
Exposure parameters and average glandular doses evaluated for different PMMA thickness for the systems studied in this work.

|            | PMMA (mm) | Anode/filter | kVp | mAs | AGD (mGy) | DBT/FFDM (mGy/mGy) |
|------------|-----------|--------------|-----|-----|-----------|--------------------|
|            | 20        | W/Al         | 27  | 27  | 0.84      | 1.57               |
|            | 30        | W/Al         | 29  | 27  | 0.89      | 1.28               |
| Fujifilm ST| 40        | W/Al         | 31  | 29  | 1.07      | 1.18               |
|            | 50        | W/Al         | 33  | 40  | 1.70      | 1.51               |
|            | 60        | W/Al         | 36  | 49  | 2.48      | 1.55               |
|            | 70        | W/Al         | 37  | 56  | 2.82      | 1.30               |
|            | 20        | W/Al         | 27  | 32  | 0.99      | 1.83               |
|            | 30        | W/Al         | 29  | 34  | 1.10      | 1.58               |
| Fujifilm HR| 40        | W/Al         | 31  | 48  | 1.75      | 1.94               |
|            | 50        | W/Al         | 33  | 64  | 2.66      | 2.37               |
|            | 60        | W/Al         | 35  | 68  | 3.11      | 1.94               |
|            | 70        | W/Al         | 37  | 66  | 3.25      | 1.50               |

**A. Maldera et al., "Digital breast tomosynthesis: Dose and image quality assessment," Physica Medica, 2017 at 59.** (DBT= digital breast tomography; FFDM = full-field digital mammography) (The AGD column provides the total dosage for all 15 tomosynthesis images taken)

20

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a processor configured to process the mammogram image data to form one or more screening mammogram images and further configured to process the tomosynthesis image data to form one or more diagnostic tomosynthesis images; |  |

RMV/ board

POW board

| Part name | Description |
|---|---|
| RMV/ board | |
| POW board | Image processing board |
| | PSU board |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-46.**

CPU61A board
Fan
IND51A board
PAT52A board

Fan

Power supply

SPC61A board
XIF61A board

SDD

NFB61A board
Switch (breaker)

Terminal block

■ Controller Unit

| Part name | Description |
|---|---|
| Power supply | Supplies the DC power to the exposure unit/controller unit. |
| SPC61A board | Image processing board |
| XIF61A board | Interface board |
| CPU61A board (motherboard) | MCU control |
| PAT52A board | Distributes the DC power to the FPD/controller unit. |
| NFB61A board | Power supply noise filter |
| IND51A board | Power indication lamp |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-45.**

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **B.  Operation modes**<br><br>The FDR-MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option. 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast.  Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |
| and a display configured for selectively displaying one or more of said screening mammogram images and a plurality of said tomosynthesis images. | **A.  Main subsystems**<br><br>1)  The FDR-3500DRLII X-ray Stand (Exposure Unit) is an integrated x-ray delivery system consisting of the FDR-3500H (exposure stand) and FDR-3000DRL (flat panel detector and control cabinet).<br><br>2)  The FDR-3000 AWS Acquisition Workstation (AWS) controls the exposure unit to acquire and process mammographic images. With it, the operator registers patient identifying information, selects exposure condition, displays study information, edits patient identifying information, displays studies and confirms image quality. The FDR-3000 AWS is configurable with several monitor options.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

22

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|-------|----------------------------------|
|       | **Dedicated mammography AWS (Acquisition Workstation)**  **Optimal examination workflow** <br><br> • Integrated X-ray controller allows setting and confirmation of exposure conditions on a single screen. <br> • Examination screen can be split and switched between 1, 2, or 4 image display. <br> • Individual images can be immediately output to a PACS, viewer or printer during an examination. <br> • Density and contrast can be easily adjusted while viewing images. <br> • Alignment of left and right images can be adjusted both automatically and manually. <br><br> **High definition second monitor (3M/5M: Optional)** <br><br> • A second, high resolution monitor can be added to the AWS making it possible to display previous images recalled from a PACS to ensure the mammographer has access to previous images at all times. <br> • For tomosynthesis, reconstructed images can be displayed and subjected to image QC. <br><br> **Fujifilm Innovality Brochure, XB-1013E, 2013 at 6.** |

23

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| **Claim 9:** A single combo system for selectively taking a mammogram image or tomosynthesis images of a patient's breast, comprising: | **B.  Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2)  The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3)  The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

24

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **VII.    MARKETING HISTORY** |
| | The ASPIRE Cristalle DBT Option which is known outside of the United States (OUS) as the AMULET Innovality Tomosynthesis Option, has never been withdrawn from OUS marketing for reasons related to safety or effectiveness. The AMULET Innovality system has been marketed in Japan, Germany, France, Belgium, Italy, Spain, Portugal, United Kingdom, Poland, Netherlands, Israel, Sri Lanka, Morocco, Tunisia, Taiwan, Uruguay, South Africa, Malta, China, Thailand, Hungary, Denmark, Australia, Greece, Switzerland, Norway, Sweden, Turkey, Argentina, Ecuador, Columbia, Mexico, Bolivia, India, Australia, Singapore, Philippines, Myanmar, United Arab Emirates (UAE), Egypt, and Lebanon. |
| | **FDA Summary of Safety and Effectiveness Data at 3.** |
| | Known as AMULET Innovality outside of the United States, Fujifilm's optional DBT upgrade has been widely available in Europe, Asia and Latin America since May 2013. The ASPIRE Cristalle FFDM system with DBT combines Fujifilm's state-of-the-art hexagonal close pattern (HCP) detector design, advanced image processing and image acquisition workflow to optimize patient dose while maximizing image quality. |
| | **Press Release, FDA Approves FujiFilm's Digital Breast Tomosynthesis, Jan. 23, 2017.** |
| | The Fujifilm ASPIRE Cristalle system (Model: FDR MS-3500) is an integrated digital mammography system. It consists of two main subsystems and has three operating modes. |
| | A.  **Main subsystems** |
| |     1)  The FDR-3500DRLH X-ray Stand (Exposure Unit) is an integrated x-ray delivery system consisting of the FDR-3500H (exposure stand) and FDR-3000DRL (flat panel detector and control cabinet). |
| | **FDA Summary of Safety and Effectiveness Data at 2.** |
| an x-ray source, a flat panel x-ray imager and a breast support positioned between the source and the imager; | |

25

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|



The Interior of the C Arm

| Name | Description | Remarks |
|---|---|---|
| Tube | Generates X-rays. | |
| Collimator | Limits the irradiation range. | |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.**

| Name | Description | Remarks |
|---|---|---|
| Face guard | Keeps patient's face out of the X-ray beam during exposure. | |
| Compression plate | Compresses the breast during exposure. | |
| Exposure table | Carries the breast(s). | |
| Control panels | - Moves up/down and rotates the C arm.<br>- Puts ON/OFF the irradiation field light and the indicator. | |
| Compression unit | Moves up/down the compression plate. Refer to ■ C-Arm Control Panel". | |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-6.**

26

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a source support configured for selectively moving the source relative to the breast; | In breast tomosynthesis, the X-ray tube moves through an arc while acquiring a series of low-dose X-ray images. The images taken from different angles are reconstructed into a range of tomosynthesis slices where the structure of interest is always in focus.

The reconstructed tomographic images make it easier to identify lesions which might be difficult to visualize in routine mammography because of the presence of overlapping breast structures.

The Tomosynthesis function on AMULET Innovality is suitable for a wide range of uses, offering two modes to cater for various clinical scenarios. Standard (ST) mode combines rapid exposure timing and efficient workflow with a low X-ray dose while High Resolution (HR) mode makes it possible to produce images with an even higher level of detail, allowing the region of interest to be brought into clearer focus.



**Fujifilm Amulet Innovality Data Sheet, XB-1013ER2, 2013 at 4.** |

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a control configured for selectively energizing the source (i) in at least one mammogram position thereof relative to the breast support and causing the imager to provide mammogram image data for at least one mammogram image of a patient's breast on the breast support, and (ii) at tomosynthesis positions thereof relative to the breast support and causing the imager to provide tomosynthesis projection image data for tomosynthesis images of a breast on the breast support; | **B.  Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu (Tono Set menu) mode.<br><br>1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast. Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.<br><br>2)  The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-mode dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3)  The optional Tomosynthesis Set menu (Tono Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.** |

28

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
|  | **Tomosynthesis: making it possible to observe the internal structure of the breast** |



In breast tomosynthesis, the X-ray tube moves through an arc while acquiring a series of low-dose x-ray images. The images taken from different angles are reconstructed into a range of tomosynthesis slices where the structure of interest is always in focus.

The reconstructed tomographic images make it easier to identify lesions which might be difficult to visualise in routine mammography because of the presence of overlapping breast structures.

The Tomosynthesis function on AMULET Innovality is suitable for a wide range of uses, offering two modes to cater for various clinical scenarios. Standard (ST) mode combines rapid exposure timing and efficient workflow with a low X-ray dose while High Resolution (HR) mode makes it possible to produce images with an even higher level of detail, allowing the region of interest to be brought into clearer focus.

**Two modes suitable for a range of clinical purposes**

• **ST (Standard) mode**     Acquisition angle: ±7.5°     Pixel size: 150/100 μm

The smaller angular range and fast image acquisition allow Tomosynthesis scans to be quickly performed with a relatively low x-ray dose.

• **HR (High Resolution) mode**     Acquisition angle: ±20°     Pixel size: 100/50 μm

With a larger acquisition angle the depth resolution is improved. This allows the region of interest to be defined more clearly and brought into clearer focus.

**Fujifilm Innovality Brochure, XB-1013E, 2013 at 4.**

29

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| wherein the tomosynthesis projection image data for each of a multiplicity of said tomosynthesis images is taken at an x-ray dose to the breast that is substantially less than that for a conventional mammogram; | **B.  Operation modes**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA is for two additional modes to be enabled upon FDA approval by a software upgrade and comprise the DBT Option; 2) the DBT mode and 3) the Tomosynthesis Set menu (Tomo Set menu) mode.<br><br>1)  The standard FFDM mode produces conventional two-dimensional FFDM images of the breast.  Both CC and MLO screening views and diagnostic views may be acquired at either the L- (Low), N- (Normal) or H- (High) dose setting.<br><br>2)  The optional DBT mode captures the three-dimensional (3D) DBT images of the breast by taking multiple low-dose images per view along an arc over the breast. All images are acquired in the ST (standard) DBT mode with N-node dose setting only. During acquisition, the x-ray tube moves approximately 1 degree for each image in a 15° arc (-7.5° to +7.5°) above the compressed breast, acquiring 15 images in approximately four (4) seconds. These acquired projection images are reconstructed for interpretation as cross-sectional "slices" of the breast, with each slice typically 1-mm thick. The DBT image set may be acquired for the CC, MLO and other views of the breast.<br><br>3)  The optional Tomosynthesis Set menu (Tomo Set menu) mode combines the FFDM and DBT modes during a single compression of the breast, acquiring the DBT images in ST mode and N-mode dose and FFDM image with N-mode dose.<br><br>**FDA Summary of Safety and Effectiveness Data at 2.**<br><br>"In addition to the creation of images at a high resolution, which has already been achieved in conventional mammography, tomosynthesis requires imaging at a lower radiation dose because examinees need to undergo mammography several times to make one tomographic image."<br><br>**Y. Oda et al., "Development of Digital Mammography system 'AMULET Innovality' for Examining Breast Cancer," Fujifilm Research & Development, No. 59-2014 at 7.** |

30

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **Table 2**<br>Exposure parameters and average glandular doses evaluated for different PMMA thickness for the systems studied in this work. |

| | | PMMA (mm) | Anode/filter | $kV_p$ | mAs | AGD (mGy) | DBT/FFDM (mGy/mGy) |
|---|---|---|---|---|---|---|---|
| | Fujifilm ST | 20 | W/Al | 27 | 27 | 0.84 | 1.57 |
| | | 30 | W/Al | 29 | 27 | 0.89 | 1.28 |
| | | 40 | W/Al | 31 | 29 | 1.07 | 1.18 |
| | | 50 | W/Al | 33 | 40 | 1.70 | 1.51 |
| | | 60 | W/Al | 36 | 49 | 2.48 | 1.55 |
| | | 70 | W/Al | 37 | 56 | 2.82 | 1.30 |
| | Fujifilm HR | 20 | W/Al | 27 | 32 | 0.99 | 1.83 |
| | | 30 | W/Al | 29 | 34 | 1.10 | 1.58 |
| | | 40 | W/Al | 31 | 48 | 1.75 | 1.94 |
| | | 50 | W/Al | 33 | 64 | 2.66 | 2.37 |
| | | 60 | W/Al | 35 | 68 | 3.11 | 1.94 |
| | | 70 | W/Al | 37 | 66 | 3.25 | 1.50 |

**A. Maldera et al., "Digital breast tomosynthesis: Dose and image quality assessment," Physica Medica, 2017 at 59.** (DBT= digital breast tomography; FFDM = full-field digital mammography) (The AGD column provides the total dosage for all 15 tomosynthesis images taken)

a processor configured to selectively process the mammogram image data to form at least one mammogram image and the tomosynthesis projection image data to form one or more tomosynthesis images;



| Part name | Description |
|---|---|
| RM/ board | Image processing board |
| POW board | PSU board |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-46.**

31

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | |
|---|---|
| | **FUJIFILM Aspire Cristalle System** |

■ Controller Unit



| Part name | Description |
|---|---|
| Power supply | Supplies the DC power to the exposure unit/controller unit. |
| SPC61A board | Image processing board |
| XIF61A board | Interface board |
| CPU61A board (motherboard) | MCU control |
| PAT52A board | Distributes the DC power to the FPD/controller unit. |
| NFB61A board | Power supply noise filter |
| IND51A board | Power indication lamp |

**Fujifilm Amulet Innovality Service Manual, 2013 at MD-45.**

**B.   Operation modes**

The FDR MS-3500 has three selectable modes of operation. A single common
detector and x-ray tube are used for all of the modes. The 1) full-field digital
mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA
is for two additional modes to be enabled upon FDA approval by a software upgrade
and comprise the DBT Option: 2) the DBT mode and 3) the Tomosynthesis Set menu
(Tomo Set menu) mode.

1) The standard FFDM mode produces conventional two-dimensional FFDM images
of the breast. Both CC and MLO screening views and diagnostic views may be
acquired at either the L- (Low), N- (Normal) or H- (High) mode dose setting.

**FDA Summary of Safety and Effectiveness Data at 2.**

32

Hologic Patent 8,452,379
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| and a display configured for selectively displaying said mammogram image and one or more of said tomosynthesis images or previously taken mammogram or tomosynthesis images. | **A. Main subsystems** <br><br> 1) The FDR-3500DRLH X-ray Stand (Exposure Unit) is an integrated x-ray delivery system consisting of the FDR-3500H (exposure stand) and FDR-3000DRL (flat panel detector and control cabinet). <br><br> 2) The FDR-3000AWS Acquisition Workstation (AWS) controls the exposure unit to acquire and process mammographic images. With it, the operator registers patient identifying information, selects exposure condition, displays study information, edits patient identifying information, displays studies and confirms image quality. The FDR-3000AWS is configurable with several monitor options. <br><br> **FDA Summary of Safety and Effectiveness Data at 2.** <br><br>  <br><br> **Fujifilm Innovality Brochure, XB-1013E, 2013 at 6.** |