# EXHIBIT J

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

U.S. Patent 7,688,940

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| **Claim 1:** A system for imaging a patient's breast with x-rays comprising: | The Fujifilm ASPIRE Cristalle system (Model: FDR MS-3500) is an integrated digital mammography system. It consists of two main subsystems and has three operating **FDA Summary of Safety and Effectiveness Data at 2.**<br><br><table><tr><td>Digital Mammography System</td><td>FDR MS-3500</td></tr><tr><td>Digital Mammography Equipment*</td><td>FDR-3500DRLH</td></tr><tr><td></td><td>Features: Performing mammography X-ray exposures and acquiring digital mammography images.</td></tr></table><br>**Fujifilm Amulet Innovality Product Specifications, May 2013 at 1.**<br><br>**B. <u>Operation modes</u>**<br><br>The FDR MS-3500 has three selectable modes of operation. A single common detector and x-ray tube are used for all of the modes. The 1) full-field digital mammography (FFDM) mode is FDA-cleared (K133972) and is standard. This PMA **FDA Summary of Safety and Effectiveness Data at 2.** |

1

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **VII. MARKETING HISTORY**<br><br>The ASPIRE Cristalle DBT Option which is known outside of the United States (OUS) as the AMULET Innovality Tomosynthesis Option, has never been withdrawn from OUS marketing for reasons related to safety or effectiveness. The AMULET Innovality system has been marketed in Japan, Germany, France, Belgium, Italy, Spain, Portugal, United Kingdom, Poland, Netherlands, Israel, Sri Lanka, Morocco, Tunisia, Taiwan, Uruguay, South Africa, Malta, China, Thailand, Hungary, Denmark, Australia, Greece, Switzerland, Norway, Sweden, Turkey, Argentina, Ecuador, Columbia, Mexico, Bolivia, India, Australia, Singapore, Philippines, Myanmar, United Arab Emirates (UAE), Egypt, and Lebanon.<br><br>FDA Summary of Safety and Effectiveness Data at 3.<br><br>Known as AMULET Innovality outside of the United States, Fujifilm's optional DBT upgrade has been widely available in Europe, Asia and Latin America since May 2013. The ASPIRE Cristalle FFDM system with DBT combines Fujifilm's state-of-the-art hexagonal close pattern (HCP) detector design, advanced image processing and image acquisition workflow to optimize patient dose while maximizing image quality.<br><br>Press Release, FDA Approves FujiFilm's Digital Breast Tomosynthesis, Jan. 23, 2017 |

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System | |
|---|---|---|
| a frame supporting an x-ray source, said source selectively emitting a collimated x-ray beam, and said frame being mounted for selectively rotating the beam between vertical and non-vertical directions; | Digital Mammography Equipment* | FDR-3500DRLH |
| | | Features: Performing mammography X-ray exposures and acquiring digital mammography images. |
| | Workstation | FDR-3000AWS |
| | | Features: Setting X-ray exposure conditions and providing acquired images for diagnosis. |
| | Optional Tomosynthesis | Allowing projection images from multiple angles to be acquired and slice images to be re-organized from the acquired images. |
| | Biopsy Positioner (accessory sold separately) | FDR-2000BPY |
| | | Features: Providing functions to calculate the necessary coordinates of the sample for performing a biopsy study and to move the needle to the calculated position accurately. |

*A W (tungsten) X-ray tube is installed in digital mammography equipment.

**Fujifilm Amulet Innovality Product Specifications, May 2013 at 1.**

■ Exposure stand

- Emergency stop button (Located at the left- and right-hand sides of the column)
- Column
  The swivel arm moves up or down his column.
- Swivel arm
  Mammography exposure unit equipped with swivel function.
- Exposure stand display panel
- ▒ : These areas come in contact with the patient

**FDR MS-3500 Reference Guide, 8th Ed. at page 2-3.**

3

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **2 Enable the single-touch operation.**<br><br>The single-touch operation can be enabled by rotating the swivel arm +90° or -90° by pressing the rotation buttons (1) on the swivel arm control panel. Perform this operation within one minute.<br><br>When the single-touch operation is enabled, the swivel arm angle preset for the selected exposure menu is displayed in the single-touch angle field (2) on the exposure stand display panel.<br><br>**3 Press and hold the single-touch button.**<br><br>When the single-touch button (3) is pressed, the swivel arm rotates automatically and is positioned at the angle preset for the selected exposure menu.<br><br>To perform a fine adjustment of the angle, use the rotation buttons (1) on the swivel arm control panel.<br><br>FDR MS-3500 Reference Guide, 8ᵀᴴ Ed. at page 3-8. |

4

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | The Interior of the C Arm  Fujifilm Amulet Innovality Service Manual, 2013 at MD-7. |

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| an enclosure supported by the frame and spaced from the x-ray source along a length of the frame, said enclosure having an upper surface to which said collimated beam is directed; | <br>FDR MS-3500 Reference Guide, 8TH Ed. at page 2-4. |

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a compression paddle supported by said frame and movable along the length of the frame to compress a patient's breast toward the upper surface of the enclosure; | **5** Set the patient's breast on the exposure table of the swivel arm.<br><br>**6** Adjust the compression force.<br><br>Step on the compression/decompression switch (7) and lower the compression plate onto the patient's breast to apply appropriate compression force.<br>When the [Adjusted Compression Force] setting is enabled, the compression plate will automatically stop at the specified compression force. If additional compression is required, adjust the compression force by stepping on the compression foot switch or rotating the manual compression dial (8).<br><br>FDR MS-3500 Reference Guide, 8th Ed. at page 3-10. |

7

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a flat panel digital image receptor mounted under said upper surface of the enclosure, said image receptor receiving said collimated x-ray beam and having a proximal edge spaced from said frame; | "The image detector section of the exposure unit is equipped with an a-Se direct-conversion flat panel detector (FPD)." <br><br> **Fujifilm Amulet Innovality Product Specifications, May 2013 at 1.** <br><br> [Diagram of exposure unit showing: Face guard (This keeps the face of a patient away from the path of X-ray exposure.), Compression adjustment knob (Use this to fine-adjust the compression force.), Compression plate (This compresses breast during exposure.), Flat panel sensor (Flat panel detector which converts X-ray images directly into electric signals.), Exposure table (Set breast on this table during exposure.)] <br><br> **FDR MS-3500 Reference Guide, 8th Ed. at page 2-4.** |

8

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| an anti-scatter grid having a first position in which the grid is supported in said enclosure and conforms to a plane that is between said upper surface of the enclosure and a plane of the image receptor; | **The Interior of the C Arm** <br><br> [Diagram labeled: Tube, Collimator, Grid, FPD, Grid drive unit] <br><br> | Name | Description | Remarks | <br> |---|---|---| <br> | Tube | Generates X-rays. | | <br> | Collimator | Limits the irradiation range. | | <br> | Grid | Removes scattered radiation. | | <br> | FPD | Reads an image on the Se device and outputs an image signal to the AWS. | | <br> | Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | | <br><br> **Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.** |

9

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| said anti-scatter grid, when in said first position, being in the path of the collimated x-ray beam received by the image receptor; | **The Interior of the C Arm**<br><br>[Diagram showing Tube, Collimator, Grid, FPD, Grid drive unit]<br><br>| Name | Description | Remarks |<br>|---|---|---|<br>| Tube | Generates X-rays. | |<br>| Collimator | Limits the irradiation range. | |<br>| Grid | Removes scattered radiation. | |<br>| FPD | Reads an image on the Se device and outputs an image signal to the AWS. | |<br>| Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | |<br><br>Fujifilm Amulet Innovality Service Manual, 2013 at MD-7. |

10

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| said anti-scatter grid being mounted for selective withdrawal from said first position to thereby be out of the path of the collimated x-ray beam received by the image receptor; and | **The Interior of the C Arm**<br><br>[Diagram labeled with: Tube, Collimator, Grid, FPD, Grid drive unit]<br><br>| Name | Description | Remarks |<br>|---|---|---|<br>| Tube | Generates X-rays. | |<br>| Collimator | Limits the irradiation range. | |<br>| Grid | Removes scattered radiation. | |<br>| FPD | Reads an image on the Se device and outputs an image signal to the AWS. | |<br>| Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | |<br><br>Fujifilm Amulet Innovality Service Manual, 2013 at MD-7. |

11

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a control selectively placing said system in a first breast x-ray imaging mode in which the anti-scatter grid is in said first position or a second breast x-ray imaging mode in which said anti-scatter grid is withdrawn from said first imaging position and is out of the path of the collimated x-ray beam received by the image receptor. | The Interior of the C Arm<br><br>Tube — Generates X-rays.<br>Collimator — Limits the irradiation range.<br>Grid — Removes scattered radiation.<br>FPD — Reads an image on the Se device and outputs an image signal to the AWS.<br>Grid drive unit — Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place.<br><br>**4.6.4 Adjusting the Grid Sensor**<br>Adjust the position of the grid-IN sensor (sensor SD1).<br>**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7; MC-152.**<br><br>| | Auto (Full auto mode) | Semi (Semi auto mode) | Manu (Manual mode) |<br>|---|---|---|---|<br>| Tube voltage [kV] | Auto | ✓ | ✓ |<br>| mAs value [mAs] | Auto | Auto | ✓ |<br>| Target / Filter | Auto | ✓ | ✓ |<br>| Dose level | ✓ | ✓ | N/A |<br>| Grid (IN/OUT) | Auto | ✓ | ✓ |<br>| AEC | Available | Available | N/A |<br><br>✓: Settable on the X-ray control panel<br>**FDR MS-3500 Reference Guide, 8th Ed. at page 3-5.** |

12

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | **2.2.4 Functions of Which the Operation Method Changes by Using the Tomosynthesis Exposure Software**<br><br>• Grid<br>The grid setting is automatically set to "OUT" for the tomosynthesis exposure menus.<br><br>**Amulet Innovality, FDR MS-3500 Operations Manual, April 2016 at 2-14.** |
| **Claim 22:** A system for imaging a patient's breast with a collimated beam of x-rays impinging on image receptor after passing through the patient's breast, comprising: | The Fujifilm ASPIRE Cristalle system (Model: FDR MS-3500) is an integrated digital mammography system. It consists of two main subsystems and has three operating **FDA Summary of Safety and Effectiveness Data at 2.**<br><br>"The image detector section of the exposure unit is equipped with an a-Se direct-conversion flat panel detector (FPD)."<br><br>| Digital Mammography Equipment* | FDR-3500DRLH |<br>|---|---|<br>| | Features: Performing mammography X-ray exposures and acquiring digital mammography images. |<br>| Workstation | FDR-3000AWS |<br>| | Features: Setting X-ray exposure conditions and providing acquired images for diagnosis. |<br>| Optional Tomosynthesis | Allowing projection images from multiple angles to be acquired and slice images to be re-organized from the acquired images. |<br>| Biopsy Positioner (accessory sold separately) | FDR-2000BPY |<br>| | Features: Providing functions to calculate the necessary coordinates of the sample for performing a biopsy study and to move the needle to the calculated position accurately. |<br><br>*A W (tungsten) X-ray tube is installed in digital mammography equipment.<br><br>**Fujifilm Amulet Innovality Product Specifications, May 2013 at 1.** |

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | <br>**FDR MS-3500 Reference Guide, 8th Ed. at page 2-4.**<br><br>VII.  **MARKETING HISTORY**<br><br>The ASPIRE Cristalle DBT Option which is known outside of the United States (OUS) as the AMULET Innovality Tomosynthesis Option, has never been withdrawn from OUS marketing for reasons related to safety or effectiveness. The AMULET Innovality system has been marketed in Japan, Germany, France, Belgium, Italy, Spain, Portugal, United Kingdom, Poland, Netherlands, Israel, Sri Lanka, Morocco, Tunisia, Taiwan, Uruguay, South Africa, Malta, China, Thailand, Hungary, Denmark, Australia, Greece, Switzerland, Norway, Sweden, Turkey, Argentina, Ecuador, Columbia, Mexico, Bolivia, India, Australia, Singapore, Philippines, Myanmar, United Arab Emirates (UAE), Egypt, and Lebanon.<br><br>**FDA Summary of Safety and Effectiveness Data at 3.** |

14

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| | Known as AMULET Innovality outside of the United States, Fujifilm's optional DBT upgrade has been widely available in Europe, Asia and Latin America since May 2013. The ASPIRE Cristalle FFDM system with DBT combines Fujifilm's state-of-the-art hexagonal close pattern (HCP) detector design, advanced image processing and image acquisition workflow to optimize patient dose while maximizing image quality.<br><br>**Release, FDA Approves FujiFilm's Digital Breast Tomosynthesis, Jan. 23, 2017.**<br><br>The Interior of the C Arm<br><br>Tube — Generates X-rays.<br>Collimator — Limits the irradiation range.<br>Grid — Removes scattered radiation.<br>FPD — Reads an image on the Se device and outputs an image signal to the AWS.<br>Grid drive unit — Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place.<br><br>**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.** |
| an anti-scatter grid having a first position in which the grid is supported by the system to conform to a plane that is between the patient's breast and the image receptor; | |

15

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| said anti-scatter grid, when in said first position, being in the path of the collimated x-ray beam received by the image receptor; | **The Interior of the C Arm** <br><br> [Diagram showing Tube, Collimator, Grid, FPD, Grid drive unit] <br><br> | Name | Description | Remarks | <br> |---|---|---| <br> | Tube | Generates X-rays. | | <br> | Collimator | Limits the irradiation range. | | <br> | Grid | Removes scattered radiation. | | <br> | FPD | Reads an image on the Se device and outputs an image signal to the AWS. | | <br> | Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | | <br><br> **Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.** |

16

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| said anti-scatter grid being mounted for selective withdrawal from said first position to thereby be out of the path of the collimated x-ray beam received by the image receptor; and | The Interior of the C Arm<br><br>Tube — Collimator — Grid — FPD — Grid drive unit<br><br>| Name | Description | Remarks |<br>|---|---|---|<br>| Tube | Generates X-rays. | |<br>| Collimator | Limits the irradiation range. | |<br>| Grid | Removes scattered radiation. | |<br>| FPD | Reads an image on the Se device and outputs an image signal to the AWS. | |<br>| Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | |<br><br>**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7.** |

17

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
| a control selectively placing said system in a first breast x-ray imaging mode in which the anti-scatter grid is in said first position or a second breast x-ray imaging mode in which said anti-scatter grid is withdrawn from said first imaging position and is out of the path of the collimated x-ray beam received by the image receptor. | **The Interior of the C Arm**<br><br>[Diagram of C Arm interior with labels: Tube, Collimator, Grid, FPD, Grid drive unit]<br><br>| Name | Description | Remarks |<br>|---|---|---|<br>| Tube | Generates X-rays. | |<br>| Collimator | Limits the irradiation range. | |<br>| Grid | Removes scattered radiation. | |<br>| FPD | Reads an image on the Se device and outputs an image signal to the AWS. | |<br>| Grid drive unit | Oscillates the grid during X-ray irradiation and reduces stripe or grid patterns on the image. The grid drive unit must be retreated from the irradiation range when the exposure without the grid (e.g. magnification exposure) takes place. | |<br><br>**4.6.4 Adjusting the Grid Sensor**<br>Adjust the position of the grid-IN sensor (sensor SD1).<br>**Fujifilm Amulet Innovality Service Manual, 2013 at MD-7; MC-152.**<br><br>| | Auto (Full auto mode) | Semi (Semi auto mode) | Manu (Manual mode) |<br>|---|---|---|---|<br>| Tube voltage [kV] | Auto | ✓ | ✓ |<br>| mAs value [mAs] | Auto | Auto | ✓ |<br>| Target / Filter | Auto | ✓ | ✓ |<br>| Dose level | ✓ | ✓ | N/A |<br>| Grid (IN/OUT) | Auto | ✓ | ✓ |<br>| AEC | Available | Available | N/A |<br><br>✓: Settable on the X-ray control panel<br>**FDR MS-3500 Reference Guide, 8th Ed. at page 3-5.** |

18

Hologic Patent 7,688,940
FUJIFILM Digital Mammography System
Infringement Claim Chart

| Claim | FUJIFILM Aspire Cristalle System |
|---|---|
|  | **2.2.4 Functions of Which the Operation Method Changes by Using the Tomosynthesis Exposure Software**<br><br>• Grid<br>The grid setting is automatically set to "OUT" for the tomosynthesis exposure menus.<br><br>**Amulet Innovality, FDR MS-3500 Operations Manual, April 2016 at 2-14.** |

19