# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOLOGIC, INC., | : | |
| | : | |
| | : | 3:17-cv-1056-JAM |
| | : | |
| v. | : | |
| | : | |
| FUJIFILM MEDICAL SYSTEMS USA, INC., FUJIFILM CORPORATION and FUJIFILM TECHNO PRODUCTS CO., LTD., | : : : : | |
| | : | JANUARY 31, 2019 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate, by and through undersigned counsel of record, that the Complaint and all causes of action stated therein be voluntarily dismissed with prejudice, subject to the terms of the parties' settlement agreement dated January 25, 2019, and without an award of fees or costs to either party.

| PLAINTIFF | DEFENDANTS |
|---|---|
| **HOLOGIC, INC.** | **FUJIFILM MEDICAL SYSTEMS U.S.A., INC., FUJIFILM CORP. and FUJIFILM TECHNO PRODUCTS CO., LTD.** |
| /s/ John W. Cannavino | /s/ Kevin M. Smith |
| John W. Cannavino (ct06051) | Kevin M. Smith (ct24774) |
| David T. Martin (ct27581) | WIGGIN AND DANA LLP |
| William N. Wright (ct28148) | One Century Tower |
| CUMMINGS AND LOCKWOOD LLC | 265 Church Street |
| Six Landmark Square | PO Box 1832 |
| Stamford, CT 06901 | New Haven, CT 06508-1832 |
| Phone: 203-327-1700 | Phone: 203-498-4400 |
| Fax: 203-351-4535 | Fax: 203-782-2889 |
| jcannavino@cl-law.com | ksmith@wiggin.com |
| dmartin@cl-law.com | |
| wwright@cl-law.com | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may also access this filing through the Court's CM/ECF system.


/s/ William N. Wright (ct28148)
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Phone: (203) 327-1700
Fax: (203) 351-4534
Email:  wwright@cl-law.com


3514678_1.docx 1/31/2019